IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GILBERTO FIGUEROA,
    Plaintiff,

vs.                                                CASE NO.: 1:08cv30-SPM/AK

HUDSON FOOD STORES, INC.,
JIFFY FOOD MARTS, INC.,
UNITED FUELS, AND
HUDSON PROPERTIES, INC.,
    Defendant.
_____/

**ORDER APPROVING SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**

This cause comes before the Court on the Joint Notice of Filing and Motion for Approval of Settlement Agreement (doc. 23). All parties were counseled and represented by their respective attorneys throughout the litigation and settlement process. The settlement represents a reasonable compromise of disputed issues. Accordingly, it is

ORDERED AND ADJUDGED:

1.     The joint motion (doc. 23) is granted.

2.     This case is dismissed with prejudice.

3.     The Court retains jurisdiction for a period of 30 days for enforcement of the settlement agreement.

DONE AND ORDERED this 3rd day of July, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge